AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

SEALED BY ORDER OF THE COURT

PENALTY:
10 yrs. imprisonment; $250,00 fine; 5 years to life Supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— DEFENDANT - U.S. —
▶ DALE PATRICK GRABMAN

DISTRICT COURT NUMBER

CR07-0811  MJJ

— PROCEEDING —
Name of Complainant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    WADE RHYNE, AUSA

— DEFENDANT —

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

FILED

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
VENUE:  OAKLAND

CR07-0811  *MJJ*

UNITED STATES OF AMERICA,

**V.**

DALE PATRICK GRABMAN,



DEFENDANT.

# INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child
Pornography; Forfeiture Allegation

A true bill.

_____ Foreman

Filed in open court this _20th_ day of
_December 2007_

_____ Clerk

Bail, $ _No bail arrest warrant._
12/20/07

1    SCOTT N. SCHOOLS (SCBN 9990)
     United States Attorney

2

3

4                                            **FILED**

5                                            DEC 20 2007

6                                            RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
                                             OAKLAND

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION                    MJJ

10   UNITED STATES OF AMERICA,          )   No. CR07-0811
                                        )
11          Plaintiff,                  )   VIOLATION: 18 U.S.C. § 2252(a)(4)(B) –
                                        )   Possession of Child Pornography; Forfeiture
12      v.                              )   Allegation
                                        )
13   DALE PATRICK GRABMAN,              )   OAKLAND VENUE
                                        )
14          Defendant.                  )
                                        )
15   _____)

16                     I N D I C T M E N T

17   The Grand Jury charges:

18   COUNT ONE:        (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

19          On or about February 26, 2007, in the Northern District of California, the defendant,

20                          DALE PATRICK GRABMAN,

21   did knowingly possess matters which contained visual depictions that had been shipped and

22   transported in interstate or foreign commerce, and which were produced using materials that had

23   been shipped and transported in interstate and foreign commerce, by any means including by

24   computer, where the producing of such visual depictions, as he well knew, involved the use of a

25   minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in

26   violation of Title 18, United States Code, Section 2252(a)(4)(B).

27   //

28   //

                                                     Document No.

     INDICTMENT                                      District Court
                                                     Criminal Case Processing

1    FORFEITURE ALLEGATION:      (18 U.S.C. §§ 2253(a)(1) and (a)(3) – Criminal Forfeiture)

2        Upon conviction of the offense alleged in Count One, the defendant,

3                        DALE PATRICK GRABMAN,

4    shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

5    and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all

6    property, real or personal, used or intended to be used to commit or promote the commission of

7    the offenses of conviction, including but not limited to the following items that were seized from

8    the defendant on February 26, 2007:

9        a.    Desktop R-Computer, Serial Number R102876; and

10       b.    IBM Deskstar IDE hard disk drive, Serial Number YHT2N175.

11   //

12   DATED: December 20, 2007                    A TRUE BILL.

13

14                                              FOREPERSON

15   SCOTT N. SCHOOLS
     United States Attorney
16

17

18   W. Douglas Sprague
     Chief, Oakland Division

19
     (Approved as to form:
20                    AUSA Wade M. Rhyne

21

22

23

24

25

26

27

28

     INDICTMENT