SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3693
    Facsimile: (510) 637-3724
    E-Mail:    wade.rhyne@usdoj.gov



**FILED**

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-0811 MJJ |
| Plaintiff, | ) | |
| v. | ) | SEALING APPLICATION AND SEALING ORDER |
| DALE PATRICK GRABMAN, | ) | |
| Defendant. | ) | |

The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office) in the above-captioned case filed with the Court on December 20, 2007, be filed under seal until further order of the Court. The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

////
////
////
////
////

SEALING APPLICATION AND ORDER

Document No.
District Court
Criminal Case Processing

1  WHEREFORE, I respectfully request that the Court issue an Order granting this
2  Application.

4  DATED: December 20, 2007                Respectfully submitted,

   SCOTT N. SCHOOLS
   United States Attorney

   WADE M. RHYNE
   Assistant United States Attorney

**ORDER**

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on December 20, 2007, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office).

IT IS SO ORDERED.

DATED: 12/20/07

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER          -2-