## **OBLIGATION**

I, the undersigned, represent that (1) I am the sole owner of the real property located at 5 Tappan Court, Orinda, California 94563; (2) this Obligation is in consideration for the release of defendant Dale Patrick Grabman on bond in the matter of the United States v. Dale Patrick Grabman, Case No. CR-07-00811 MJJ, in the amount of $250,000.00; (3) the approximate present day value of the real property described above is $1,000,000.00; (4) the approximate amount of present liens and encumbrances against the property described above is $15,000.00; (5) I understand that the real property described above is security for the $250,000.00 bond the court set in the criminal case listed above; (6) I agree that I shall not sell, encumber, transfer, mortgage, lease, rent, or give away the real property described above without further order of the court; (7) in the event bail is forfeited for failure to comply with the terms of the bail order, this Obligation together with the order forfeiting bail shall be conclusive evidence of default.

Dated: 01-07-08                    _____
                                   Dale Patrick Grabman