MICHAEL PETER SEMANSKY, ESQ. (#048650)
SEMANSKY LAW FIRM
535 MAIN STREET, THIRD FLOOR
MARTINEZ, CALIFORNIA 94553
TELE: (925) 372-8766
FAX:  (925) 372-9436

Attorney for Defendant
DALE PATRICK GRABMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DALE PATRICK GRABMAN,<br><br>        Defendant. | Docket No.:   4: 07 CR-0811 MJJ<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant DALE PATRICK GRABMAN hereby substitutes Michael Peter Semansky of Semansky Law Firm in lieu of Robert J. Beles, Esq.

DATED: January 28, 2008

_____
DALE PATRICK GRABMAN

I accept this substitution.

DATED: January 30, 2008

_____
MICHAEL PETER SEMANSKY