IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

       Plaintiff(s),

No.    **CR07-00811 MJJ**

v.

**Clerk's Notice**

**DALE PATRICK GRABMAN**,

       Defendant(s),
_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately, YOU ARE NOTIFIED THAT the **Status/Trial Setting** hearing scheduled for **February 1, 2008**, before The Honorable Martin J. Jenkins, is **vacated.** A new hearing date will be issued upon reassignment of a new judge.

Sorry for any inconveniences,

Dated: January 31, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ M Narcisse
Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.