MICHAEL PETER SEMANSKY, ESQ.  (#048650)
SEMANSKY LAW FIRM
535 MAIN STREET, THIRD FLOOR
MARTINEZ, CALIFORNIA  94553
TELE:  (925) 372-8766
FAX:    (925) 372-9436

Attorney for Defendant
DALE PATRICK GRABMAN

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No.:   4: 07 CR-0811 MJJ |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** AND ORDER |
| vs. | |
| DALE PATRICK GRABMAN, | |
| Defendant. | |

Defendant DALE PATRICK GRABMAN hereby substitutes Michael Peter Semansky of Semansky Law Firm in lieu of Robert J. Beles, Esq.

DATED: January 28, 2008

_____
DALE PATRICK GRABMAN

I accept this substitution.

DATED: January 30, 2008

_____
MICHAEL PETER SEMANSKY

IT IS SO ORDERED

Judge Martin J. Jenkins

2/52008

-1-