JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>    v. <br> DALE PATRICK GRABMAN, <br>     Defendant. | No. CR-07-0811 SBA <br><br> JOINT MOTION TO SET STATUS HEARING DATE ON APRIL 8, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: April 8, 2008 <br> Time: 9:00 a.m. <br> Court: Hon. Saundra B. Armstrong |

    The parties jointly request that this Court set a status hearing in this matter on April 8, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this motion and April 8, 2008.

    On January 3, 2008, at the initial appearance in the above-captioned matter, the Honorable Wayne D. Brazil excluded time, pursuant to the Speedy Trial Act, between January 3, 2008 and February 1, 2008 to allow for the effective preparation of counsel, as defense counsel requested certain discovery from the government and needs time to review that discovery. Judge Brazil set for a status hearing on February 1, 2008 before the Honorable Martin J. Jenkins. On January 31, 2008, Judge Jenkins vacated the status hearing. On February 15, 2008, the Clerk of the Court reassigned this matter to the Honorable Saundra B. Armstrong.

JOINT MOTION TO SET STATUS HEARING ON APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-0811 SBA

1 | The parties hereby jointly request that the Court exclude time between the date of this
2 | motion and April 8, 2008 under the Speedy Trial Act for the reasons stated above and pursuant to
3 | 18 U.S.C. § 3161(h)(8)(B)(iv). The discovery in this matter includes large amounts of sensitive
4 | electronic discovery requiring coordination between both counsel and the relevant investigative
5 | agency. The parties agree the ends of justice served by granting the request outweigh the best
6 | interests of the public and the defendant in a speedy trial. Undersigned defense counsel
7 | represents that he has spoken with his client, Mr. Grabman, and that Mr. Grabman agrees to this
8 | request.

10 | DATED: February 26, 2008

13 | WADE M. RHYNE                                  MICHAEL P. SEMANSKY
   | Assistant United States Attorney               Counsel for Dale Patrick Grabman
14 | Counsel for United States

JOINT MOTION TO SET STATUS HEARING ON APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-0811 SBA

1  The parties hereby jointly request that the Court exclude time between the date of this
2  motion and April 8, 2008 under the Speedy Trial Act for the reasons stated above and pursuant to
3  18 U.S.C. § 3161(h)(8)(B)(iv). The discovery in this matter includes large amounts of sensitive
4  electronic discovery requiring coordination between both counsel and the relevant investigative
5  agency. The parties agree the ends of justice served by granting the request outweigh the best
6  interests of the public and the defendant in a speedy trial. Undersigned defense counsel
7  represents that he has spoken with his client, Mr. Grabman, and that Mr. Grabman agrees to this
8  request.

10  DATED: February 26, 2008

13  WADE M. RHYNE                           MICHAEL P. SEMANSKY
    Assistant United States Attorney        Counsel for Dale Patrick Grabman
14  Counsel for United States

JOINT MOTION TO SET STATUS HEARING ON APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-0811 SBA