UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE PATRICK GRABMAN,<br><br>    Defendant. | No. CR-07-0811 SBA<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO SET STATUS HEARING DATE ON APRIL 8, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    April 8, 2008<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra B. Armstrong |

The parties jointly requested that a status hearing in this matter be set on April 8, 2008, and that time continue to be excluded under the Speedy Trial Act between February 26, 2008 and April 8, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' joint request. For these stated reasons, the Court finds that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is set for April 8, 2008 at 9:00 a.m., and that time between February 26, 2008 and April 8, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_____

                                            _____
                                            HON. SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

PROPOSED ORDER GRANTING
JOINT MOTION TO SET STATUS
HEARING ON APRIL 8, 2008
AND TO EXCLUDE TIME
No. CR-07-0811 SBA