**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/8/08

CR 07-00811SBA                                        JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**DALE PATRICK GRABMAN**                  Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

<u>DANIEL KALEBA</u>                                         <u>MICHAEL SEMANSKY</u>
U.S. ATTORNEY                                           ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark                        <u>DIANE SKILLMAN</u>
                                                                    Court Reporter


 Interpreter                                                  Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:**       STATUS - HELD

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 5/13/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>5/13/08</u>    **for** <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____@ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
cc: