IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-811 SBA |
|     Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DALE PATRICK GRABMAN, | |
|     Defendant. | |

YOU ARE HEREBY NOTIFIED that the Status set for May 13, 2008, has been moved to May 12, 2008, at 2:00 p.m.

Dated: 4/24/08                                         FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
LISA R. CLARK
Courtroom Deputy

To: