~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil         RE: GRABMAN, DALE
    U.S. Magistrate Judge

    **FILED**
    MAY 6 - 2008
    RICHARD W. WIEKING
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
    OAKLAND

FROM: Claudette M. Silvera, Chief      DOCKET NO.: CR 07-0811 SBA
      U.S. Pretrial Services Officer

DATE: May 6, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**RICHARD SARLATTE**                    415-436-7508
**U.S. PRETRIAL SERVICES OFFICER**      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER (signed Wayne D. Brazil)    DATE 5-6-08

Copy Coversheet - WDB's Stats, Copy to parties via ECF, Lisa Clark, Pretrial

Cover Sheet (03/26/08)