**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

                                                    **Date:5/12/08**

**CR 07-00811SBA**                  **JUDGE: SAUNDRA BROWN ARMSTRONG**


**GRABMAN**                  **Present (X ) Not Present ( ) In Custody ( )**
  **DEFENDANT(S)**


  **WADE RHINE**                  **MICHAEL SEMANSKY**
**U.S. ATTORNEY**                  **ATTORNEY FOR DEFENDANT(S)**


**Deputy Clerk:  Lisa R. Clark**          **DIANE SKILLMAN**
                                  **Court Reporter**


_____        _____
 **Interpreter**                  **Probation Officer**
                          **PROCEEDINGS**


**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE**
**PREPARATION OF COUNSEL UNTIL 6/24/08**


                          **JUDGMENT:**


                          **PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing**
**@ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by\_\_\_\_\_**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:\_\_\_Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the**
**(Indictment/Information) @ 10:00 a.m.**
**Case Continued to  6/24/08    for Change of Plea @ 11:00 a.m.**
**cc:**